**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Marques Hudson, Petitioner.

Appellate Case No. 2010-161526

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge,

———————

Memorandum Opinion No. 2012-MO-053
Heard November 14, 2012 – Filed December 12, 2012

———————

**DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Appellate Defender LaNelle Cantey DuRant, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, Assistant Deputy Attorney General David A. Spencer, all of

Columbia; and Solicitor William W. Wilkins of Greenville, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the decision of the Court of Appeals in *State v. Hudson*, Op. No. 2010-UP-141 (S.C. Ct. App. filed Feb. 22, 2010).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**